IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMPSEY ELLISON | : | CIVIL ACTION |
| v. | : | |
| OAKS 422 LLC, et al. | : | NO. 11-2943 |

<u>ORDER</u>

      AND NOW, this 15th day of March, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Oaks 422 LLC, Langhorne Route 1 LLC, New Venture Holdings LLC, and Haynes Furniture Company Inc. for summary judgment is GRANTED.

                                        BY THE COURT:

                                        /s/ Harvey Bartle III
                                                                 J.